UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORENZO GUTIERREZ ARCOS and ANGEL DE
JESUS LOPEZ GUTIERREZ, Individually and on
Behalf of Others Similarly Situated,

                              Plaintiffs,

                -against-

CRISPIN'S LLC d/b/a SESAMO, et al.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  02/26/2024

23-CV-10933 (MMG)

**<u>NOTICE OF
REASSIGNMENT</u>**

MARGARET M. GARNETT, United States District Judge:

        This case has been reassigned to the undersigned.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 26, 2024
        New York, New York

                                SO ORDERED.

                                _____
                                MARGARET M. GARNETT
                                United States District Judge