# CSM Legal, P.C.
**Employment and Litigation Attorneys**

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 5/21/2024

May 15, 2024

**VIA ECF**

Hon. Margaret M. Garnett  
United States District Judge  
Southern District of New York  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

Re: <u>Gutierrez Arcos et al v. Crispin's LLC et al</u>  
1:23-cv-10933-MMG

Dear Judge Garnett:

This office represents Plaintiff in the above-referenced matter. We write jointly with Defendants to respectfully request a second brief extension to file our settlement agreement submission pursuant to this Court's Order, dated April 22, 2024. The submission was originally due by or before May 3, 2024. This is our second request for an extension to file the settlement agreement submission.

The settlement agreement for this action is nearly finalized. We respectfully request an additional week to file our submission, extending our time to file until May 24, 2024.

We thank the Court for its time and consideration regarding this matter.

Respectfully Submitted,

<u>/s/Catalina Sojo</u>  
Catalina Sojo, Esq.  
CSM LEGAL, P.C.  
*Attorneys for Plaintiff*

---

Application GRANTED. The parties shall have until **May 24, 2024** to submit their joint letter and settlement agreement for Court approval, as well as any consent form to proceed before the assigned Magistrate Judge. The Clerk of Court is respectfully directed to terminate Dkt. No. 27.

SO ORDERED. Date: 5/21/2024.

HON. MARGARET M. GARNETT  
UNITED STATES DISTRICT JUDGE

---

*Certified as a minority-owned business in the State of New York*