UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LORENZO GUTIERREZ ARCOS and ANGEL DE JESUS LOPEZ GUTIERREZ, *individually and on behalf of others similarly situated*,

Civil Action No. **1:23-cv-10933-MMG**

*Plaintiffs*,

[Proposed Form Of]
**JUDGMENT**

-against-

CRISPIN'S LLC (D/B/A SESAMO), NIKITA LEVITAN, SABRINA SHUANG GAO, and TIAN YIP,

*Defendants*.
------------------------------------------------------------------X

**JUDGMENT**

On May 29, 2024, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, LORENZO GUTIERREZ ARCOS and ANGEL DE JESUS LOPEZ GUTIERREZ, have judgment against CRISPIN'S LLC (D/B/A SESAMO), NIKITA LEVITAN, SABRINA SHUANG GAO, and TIAN YIP, jointly and severally, in the amount of Seventeen Thousand Dollars and No Cents ($17,000.00), which is inclusive of attorneys' fees and costs.

Dated: May 30, 2024

_____
MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE